IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.　　　　　　　　　　　　　　　　CASE NO. 1:11-cr-00001-MP-GRJ All Defendants

SCOTT THOMAS LYONS,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 31, Motion to Seal Motion to Continue filed by Defendant Scott Thomas Lyons. The government agrees to the motion. Accordingly, the motion to continue, when filed, shall be filed under seal.

**DONE AND ORDERED** this _5th_ day of August, 2011

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge