IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                  CASE NO. 1:11-cr-00001-MP-GRJ

SCOTT THOMAS LYONS,

      Defendant.

_____/

## O R D E R

    This matter is before the Court on Doc. 47, Motion to File Motion to Continue Under Seal by Scott Thomas Lyons.  The government does not oppose defendant's motion.  Accordingly, the motion to continue, when filed, shall be filed under seal.

    **DONE AND ORDERED** this 5th day of December, 2011.

*s/Gary R. Jones*

GARY R. JONES
United States Magistrate Judge